IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3055 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. COX JR., an individual, and ROSSI COX & VUCINOVICH, P.C., Successor in interest to ROSSI, COX, KIKER & INDERWISH, P.C., | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (part of filing 1) filed by plaintiff,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 30th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge