IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06 CV 3055 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. COX, JR., an Individual, | ) | ORDER |
| and ROSSI, COX & VICINOVICH, P.C., | ) | |
| Successor in Interest to ROSSI, | ) | |
| COX, KIKER & INDERWISH, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the plaintiff's demand for jury trial and for trial in North Platte, Nebraska, I note that the demand is timely because it was filed only eight days after the re-activation of this case in this court. Nevertheless, I shall construe it as a motion. Accordingly,

IT HEREBY IS ORDERED:

1. Plaintiff's demand for jury trial, filing 12, is construed as a motion for jury trial pursuant to Fed. R. Civ. P. 39(b), and, as so construed, is granted.

2. Plaintiff's request for trial in North Platte, Nebraska, filing 12, is granted. The case will be calendared for trial in North Platte.

DATED June 28, 2006

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge