```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ARON GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3055 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. COX JR., and ROSSI, | ) | MEMORANDUM AND ORDER |
| COX & VUCINOVICH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Non-party witness Anthony Joliffe has filed a motion to quash a subpoena served on him by the plaintiff and commanding his appearance at a deposition on October 23, 2006. See filing 36.

IT THEREFORE HEREBY IS ORDERED:

1. The parties are given until October 31, 2006 to file any brief and evidence in response to the filing 36 motion to quash.

2. Any reply brief by Anthony Joliffe shall be filed on or before November 6, 2006.

3. The deposition of Anthony Joliffe, if permitted at all, shall await the court's ruling on the motion to quash.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge