IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON GEIGER, ) | |
| ) | Case No. 4:06cv3055 |
| Plaintiff, ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| v. ) | MOTION TO WITHDRAW |
| ) | SUBPOENA AND NOTICE OF |
| JAMES L. COX, JR., an individual, and ROSSI, ) | SUBPOENA |
| COX & VUCINOVICH, P.C., successor in interest ) | |
| to ROSSI, COX, KIKER & INDERWISH, P.C., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court on the motion of Plaintiff to withdraw the subpoena issued to Anthony Jolliffe and withdraw the notice of his intent to issue a subpoena to CityWide Banks. The Court, being duly advised in the premises, finds that said motion should be and hereby is granted.

IT IS THEREFORE ORDERED:

1. That the subpoena issued to Anthony Jolliffe is hereby withdrawn.

2. The notice of Plaintiff's intent to issue a subpoena to CityWide Banks is hereby withdrawn.

3. The parties are not required to file briefs on these matters as directed in previous orders of this Court (filing nos. 35 and 39).

4. The motion to quash, filing 36, is denied as moot.

Dated this 3st day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

[00027317.wpd]

1