IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3055 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. COX JR., an individual, and ROSSI COX & VUCINOVICH, P.C., Successor in interest to ROSSI, COX, KIKER & INDERWISH, P.C., | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Counsel are given until January 22, 2007 to further inform the court on their plans for mediation of this dispute.

DATED November 27, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge