IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON GEIGER, | ) | 8:06CV3055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JAMES L. COX, JR., an individual and ROSSI, COX & VUCINOVICH, P.C., successor in interest to ROSSI, COX, KIKER, & INDERWISH, P.C., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon the plaintiff's motion for dismissal and the oral representation by counsel for defendants that they do not object to the motion and also desire dismissal, this matter is dismissed with prejudice, each party to bear his or its own costs, complete record waived.

April 18, 2006.	BY THE COURT:

*s/Richard G. Kopf*
United States District Judge